# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MODESTO CRUZ,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| vs. | : | |
| | : | **NO. 08-204** |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security** | : | |
| **Defendant.** | : | |

## O R D E R

AND NOW, this   22ND   day of June, 2009, upon consideration of plaintiff's Motion for Attorney's Fees (Doc. No. 20), Defendant's response thereto (Doc. No. 21), and plaintiff's reply brief (Doc. No. 22), IT IS HEREBY ORDERED for the reasons provided in the accompanying Memorandum that plaintiff's motion (Doc. No. 20) is **DENIED**.

BY THE COURT:


 /s/ Lynne A. Sitarski
**LYNNE A. SITARSKI**
**UNITED STATES MAGISTRATE JUDGE**