IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MODESTO CRUZ,** | : | **CIVIL ACTION** |
|       **Plaintiff,** | : | |
|   **vs.** | : | |
| | : | **NO. 08-204** |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social** | : | |
| **Security,** | : | |
|       **Defendant.** | : | |

**O R D E R**

AND NOW, this ___18th___ day of December, 2009, upon consideration of Plaintiff's Motion for Relief from Judgment (Doc. No. 25), IT IS HEREBY ORDERED that said Motion is DENIED.

                            **BY THE COURT:**

                            **/s/ Lynne A. Sitarski**
                            **LYNNE A. SITARSKI**
                            **UNITED STATES MAGISTRATE JUDGE**